**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE**

v.

)
)
)
)
)
)

NO. 1:25-CV-233 TRM/CHS
(To be assigned by the Clerk's Office.
Do not write in this blank.)

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## WITH SUPPORTING DOCUMENTATION

I, Crystal Evans _____, declare that I am the:

[✓] plaintiff/petitioner

[ ] defendant/respondent

[ ] Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

In further support of this application, I answer the following questions:

Page 1 of 10

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First  Middle  Last)  YEAR OF BIRTH

Crystal  L.  Evans  1/11/80

SOCIAL SECURITY NUMBER (last 4 digits only)  PHONE NOS.

3368

HOME ADDRESS:

2404 Meade Circle Chattanooga, TN 37406

OWN OR RENT?  HOW LONG AT CURRENT ADDRESS?

Rent

MARITAL STATUS:

Single

NAME AND ADDRESS OF CURRENT EMPLOYER:


423-750-4820

TELEPHONE NUMBER OF EMPLOYER:


HOW LONG AT CURRENT EMPLOYMENT?


OCCUPATION (Describe what you do):

N/A

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS:  NET:

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT:

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT 2,500

Case 1:25-cv-00233-TRM-CHS    Document 1    Filed 07/18/25    Page 2 of 10    PageID #: 2

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?

Business, professional or other form of self-employment?  [ ] Yes        [✓] No

If YES, state the source and amount:

Rent payments, interest, or dividends?        [ ] Yes        [✓] No

If YES, state the source and amount:

Pensions, annuities, or life insurance payments?        [ ] Yes        [✓] No

If YES, state the source and amount:

Gifts or inheritance?        [ ] Yes        [✓] No

If YES, state the source and amount:

Any other source?        [ ] Yes        [✓] No

If YES, state the source and amount:

Case 1:25-cv-00233-TRM-CHS    Document 1    Filed 07/18/25    Page 3 of 10    PageID #: 3

## ASSETS:

LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

| | |
|---|---|
| CASH | $ *500.00* |
| CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below) **(Do NOT include account numbers)** *-235.00* | $ |
| SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below) **(Do NOT include account numbers)** | $ *0* |
| STOCKS AND BONDS | $ *0* |

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

| | |
|---|---|
| | $ |
| | $ |
| | $ |
| **TOTAL REAL ESTATE** | $ |

Page 4 of 10

Case 1:25-cv-00233-TRM-CHS    Document 1    Filed 07/18/25    Page 4 of 10    PageID #: 4

VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

_____  $_____

_____  $_____

_____  $_____

**TOTAL PERSONAL PROPERTY**  $_____

MOTOR VEHICLES

Year/Make          License No.                    Current Value

_OI Nissan Altima_____  $_30,000__

_____  $_____

_____  $_____

**TOTAL VALUE OF MOTOR VEHICLES**  $_30,000_

DEBTS OWED TO YOU (Give Name of Debtor)

_____  $_____

_____  $_____

_____  $_____

**TOTAL DEBTS OWED TO YOU**  $_0_

OTHER ASSETS (ITEMIZE)

_____  $_____

_____  $_____

_____  $_____

**TOTAL OTHER ASSETS**  $_0_

**TOTAL OFF ALL ASSETS: $_____**

Case 1:25-cv-00233-TRM-CHS    Document 1    Filed 07/18/25    Page 5 of 10    PageID #: 5

# LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

Wells Fargo      $ 30,000

_____ $ _____

_____ $ _____

| | |
|---|---|
| **TOTAL LOANS PAYABLE TO BANKS** | $ |

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ |
| MORTGAGES PAYABLE ON REAL ESTATE | $ 0 |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ 9,000 |
| MEDICAL BILLS | $ 525 |
| TAXES AND ASSESSMENTS PAYABLE | $ 0 |

OTHER LIABILITIES (Itemize)

_____ $ _____

_____ $ _____

_____ $

| | |
|---|---|
| **TOTAL LIABILITIES** | $ 39,525 |

Case 1:25-cv-00233-TRM-CHS    Document 1    Filed 07/18/25    Page 6 of 10    PageID #: 6

## LIVING EXPENSES

| | Monthly Payment | Balance Owing |
|---|---|---|
| [✓]RENT or [ ]MORTGAGE PAYMENT (check one) | $ 1,092 | $ |
| ELECTRICITY | $ 250 | $ |
| WATER | $ 0 | $ |
| GAS | $ 230 | $ |
| TELEPHONE | $ | $ |
| FOOD | $ 450 | $ |
| ALIMONY | $ — | $ |
| CHILD SUPPORT | $ — | $ |
| CHILD CARE | $ — | $ |
| SCHOOL EXPENSES | $ 634 | $ 30,000 |
| AUTOMOBILE NOTE | $ 250 | $ |
| AUTOMOBILE INSURANCE | $ 250 | $ |
| AUTOMOBILE REPAIRS | $ 150 | $ |
| GASOLINE | $ 100 | $ |
| FURNITURE NOTE | $ — | $ |
| CLOTHING | $ 100 | $ |
| CABLE TELEVISION | $ — | $ |
| LIFE INSURANCE | $ 43.92 | $ |
| HOSPITALIZATION INSURANCE | $ — | $ |
| DOCTORS | $ — | $ |
| DRUGS | $ — | $ |
| CREDIT CARDS | $ 150 | $ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ — | $ |
| TAXES | $ — | $ |
| ANY OTHER EXPENSES (LIST) | | |
| _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| **TOTAL EXPENSES** | | $ |

Case 1:25-cv-00233-TRM-CHS    Document 1    Filed 07/18/25    Page 7 of 10    PageID #: 7



## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First      Middle      Last)         YEAR OF BIRTH

SOCIAL SECURITY NUMBER (last 4 digits only)       PHONE NOS.

HOME ADDRESS (if different from yours):

OWN OR RENT?         HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

        Salary or Wages        $_____

        Commissions        $_____

        All other sources (Pensions; Soc.Sec.;
        Rent; Interest; Dividends; Alimony, etc.)  $_____

             **TOTAL:**        $_____

$N/A$

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:                Age:          Relationship:        Living
                                                         With Whom?

_____

_____

_____

_____

_____

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)          $_____

**TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS**                                 $_____

Case 1:25-cv-00233-TRM-CHS    Document 1    Filed 07/18/25    Page 9 of 10    PageID #: 9

## AFFIDAVIT

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

7/18/25
**DATE**

Crystal Evans
**SIGNATURE**

Created:          January 31, 2007
IPF Application.wpd

Case 1:25-cv-00233-TRM-CHS     Document 1     Filed 07/18/25     Page 10 of 10     PageID #: 10